USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/17/2024

**<u>MEMORANDUM ENDORSEMENT</u>**

Louis v. Morley, et al

7-22-cv-10094-NSR

*Pro se* Plaintiff is to be given any and all access to legal documents, including documents pertaining to his immigration litigation, forthwith. In the event such documents are inaccessible within 48 hours, Defendants are directed to produce copies of such documents to the *pro se* Plaintiff, forthwith. *Pro se* Plaintiff is to provide an update as to his status on or before October 17, 2024. The Clerk of Court is kindly directed to mail a copy of this Endorsement to *pro se* Plaintiff at his address listed in Defendants' letter dated September 13, 2024 (ECF No. 53).

Dated: September 17, 2024

    White Plains, NY

SO ORDERED:

_____

NELSON S. ROMÁN
United States District Judge