UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN LOUIS,

                    Plaintiff,

  -against-

JOHN MORLEY, et al,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/11/2025__

No. 22-cv-10094 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

    On October 24, 2024, this Court issued its Opinion and Order dismissing *pro se* Plaintiff's First Amended Complaint in its entirety, without prejudice. (ECF No. 56.) The Court advised *pro se* Plaintiff that if Plaintiff did not file a Second Amended Complaint by December 2, 2024, all of *pro se* Plaintiff's claims would be dismissed with prejudice. (*Id.*) As of April 11, 2025, *pro se* Plaintiff has failed to file a Second Amended Complaint and has neither requested an extension nor advised the Court of why he has failed to do so.

    Accordingly, the Court DISMISSES with prejudice Plaintiff's First Amended Complaint and directs the Clerk of Court to terminate the instant action, to mail a copy of this order to *pro se* Plaintiff, and to show service on the docket.

Dated:  April 11, 2025
          White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

1